IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENINA E. PHILLIPS, | |
| Plaintiff, | No. C 11-04211 JSW |
| v. | **ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| MOSCONE CENTER, SMB CORPORATION, | |
| Defendants. | |

The Court has received Plaintiff's complaint and application to proceed *in forma pauperis*, both filed in this Court on August 25, 2011. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). The *in forma pauperis* statute also provides that the Court shall dismiss the case if at any time the Court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Although Plaintiff has used a form Employment Discrimination Complaint, seeking relief under 42 U.S.C. § 2000e-5(g), and although she has attached a right to sue letter from the Equal Opportunity Employment Commission, it is impossible to discern from Plaintiff's complaint many of the essential details of the events that the alleged termination of her employment. Specifically, it is not clear whether Plaintiff was actually employed by Moscone

Center or SMG Corporation, or whether she was merely forcibly removed from the premises as she alleges.

As such, Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. However, the Court shall afford Plaintiff an opportunity to amend her complaint. If Plaintiff chooses to amend, the Court requests that she include information about the position she held at Moscone Center or SMG Corporation, as well as the specific bases on which she premises her employment discrimination claims.

Plaintiff's application to proceed *in forma pauperis* is denied without prejudice. If Plaintiff chooses to file an amended complaint, she must submit a renewed application to proceed *in forma pauperis.*

If Plaintiff wishes to pursue this action, she must file an amended complaint by **October 14, 2011**. Failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice. The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that additional assistance may be available by making an appointment with the Legal Help Center, which is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: September 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MENINA E PHILLIPS,

    Plaintiff,

v.

MOSCONE CENTER et al,

    Defendant.

Case Number: CV11-04211 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

MeNina E. Phillips
P.O. Box 99202
Emeryville, CA 94662

Dated: September 23, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk