Pro Se

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MENINA E. PHILLIPS,

    Plaintiff,

v.

MOSCONE CENTER, SMB CORPORATION,

    Defendants.

No. C 11-04211 JSW

**ORDER DISMISSING WITH PREJUDICE**

On August 25, 2011, Plaintiff filed a complaint and application to proceed *in forma pauperis*. On September 23, 2011, the Court denied without prejudice Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend. In that Order, the Court advised Plaintiff that if she wished to pursue the action, she must file an amended complaint by **October 14, 2011**, and that failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice.

Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED WITH PREJUDICE. A separate Judgment shall issue, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: OCT 2 0 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MENINA E PHILLIPS,

    Plaintiff,

v.

MOSCONE CENTER et al,

    Defendant.

Case Number: CV11-04211 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

MeNina E. Phillips
P.O. Box 99202
Emeryville, CA 94662

Dated: October 20, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk